UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HAWYUAN YU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR PEPPER SNAPPLE GROUP, INC., et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-06664-BLF<br><br>**JUDGMENT** |

All claims against Defendants Dr. Pepper Snapple Group, Inc. and Mott's LLP having been dismissed with prejudice on the merits, judgment is hereby entered for Defendants Dr. Pepper Snapple Group, Inc. and Mott's LLP, and against Plaintiff Hawyuan Yu.

**IT IS SO ORDERED.**

Dated: October 6, 2020

_____
BETH LABSON FREEMAN
United States District Judge